IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JORGE OTTATI, | * | |
| Petitioner, | * | |
| vs. | * | |
| DEPARTMENT OF HOMELAND SECURITY (DHS), et al., | * | CASE NO. 4:07-CV-105 (CDL) |
| | * | |
| Defendants. | * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 31, 2007 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 5th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE